

**NUMBER 13-19-00619-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**BYRON RAMIREZ AND
K & B PRODUCE INC.,**                                    **Appellants,**

**v.**

**LOERA'S FRESH PRODUCE INC.,**                          **Appellee**.

---

### On appeal from County Court at Law No. 8
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Longoria and Perkes
Memorandum Opinion by Justice Longoria**

This appeal was abated by this Court on January 8, 2020, to allow the parties to participate in and complete mediation. This cause is now before the Court on a Joint Motion to Dismiss the appeal on grounds that the case has been settled. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

NORA L. LONGORIA
Justice

Delivered and filed the
27th day of February, 2020.